**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ECHOSTAR TECHNOLOGIES
CORPORATION,

      Plaintiff,

      v.

TIVO, INC., et al.,

      Defendants.
_____/

No. Misc 06-80010 MHP (EDL)

NOTICE OF REFERENCE, TIME
AND PLACE OF HEARING

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Elizabeth Laporte for resolution of plaintiff's motion.

The hearing on plaintiff's Motion to Compel Compliance has been set for March 7, 2006, at 9:00 a.m., in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

The opposition shall be served and filed no later than February 14, 2006. Any reply to the opposition shall be served and filed no later than February 21, 2006.

LAW AND MOTION HEARING PROCEDURES

All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the civil case number and the District Court Judge's initials followed by the designation "(EDL)".

Except as noted above, all documents shall be filed in compliance with Civil Local Rules 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court.

If documents are filed electronically, a paper chambers copy of each electronically filed document must be delivered to the Court no later than 12:00 noon on the day after the filing. The paper

Refer.Not

1   chambers copy must be marked "Chambers Copy" and must be lodged with the Clerk's Office, in an
2   envelope clearly marked with the judge's name, case number, and "Chambers Copy." Parties must not
3   <u>file</u> a paper copy of any document with the Clerk's Office that has already been filed electronically.
4       Any party seeking an award of attorney's fees or other expenses in connection with this motion
5   shall file a motion in accordance with Civil Local Rule 37-3.

7   Dated: January 27, 2006

                                                        _____
8                                                           ELIZABETH D. LAPORTE
                                                        United States Magistrate Judge

**United States District Court**
For the Northern District of California

Refer.Not