STEPHEN E. TAYLOR (SBN 58452)
TYLER G. NEWBY (SBN 205790)
TAYLOR & COMPANY LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile:  (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: tnewby@tcolaw.com

Attorneys for Plaintiff
ECHOSTAR TECHNOLOGIES
CORPORATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO SEAGATE TECHNOLOGY, INC. | Case No.: Misc 06-80010 MHP (EDL)<br><br>E.D. Texas Case No. 5:05-CV-81-DF-CMC |
| ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TIVO INC., a Delaware corporation, and HUMAX USA, INC., a Delaware corporation,<br><br>    Defendants. | **[PROPOSED] ORDER GRANTING ECHOSTAR TECHNOLOGIES CORPORATION'S MOTION TO COMPEL SEAGATE TECHNOLOGY, INC.'S COMPLIANCE WITH SUBPOENA**<br><br>Date:  March 7, 2006<br>Time:  9:00 a.m.<br>Place:  Courtroom E, 15th Floor<br><br>       Honorable Elizabeth D. Laporte |
| AND RELATED COUNTERCLAIM. | |

TAYLOR & CO.
LAW OFFICES, INC.

[PROPOSED] ORDER GRANTING ECHOSTAR TECHNOLOGIES CORPORATION'S MOTION TO COMPEL SEAGATE TECHNOLOGY, INC.'S COMPLIANCE WITH SUBPOENA:  CASE NO. MISC 06-80010 MHP (EDL)

The motion by plaintiff and counter-defendant EchoStar Technologies Corporation to compel Seagate Technology Inc.'s compliance with a subpoena ("Motion") in the above-captioned action came on regularly for hearing on March 7, 2006.  All parties appeared and were represented at the hearing by and through their respective counsel of record.

Having considered all papers filed by the parties in favor of and in opposition to the Motion, the arguments of counsel appearing at the hearing on this matter, and all other matters deemed to be appropriate by the Court, and good cause appearing therefore,

IT IS HEREBY ORDERED that the EchoStar Technologies Corporation's Motion to Compel Seagate Technology Inc.'s Compliance With Subpoena is GRANTED.  No later than March 28, 2006, Seagate shall produce documents sufficient to show, for Seagate hard disk drive models ST3120025ACE, 9W6024-165, ST940019ACE, ST340019ACE, and ST380012ACE:

1.    The physical structure of the hard disk drive model, including any spindle motor, actuator, actuator arms, read and/or write heads, and transducers;

2.    How the hard disk drive model is operated and controlled (including its seek and read/write functions);

3.    How the hard disk drive responds to a memory allocation instruction from the host or system controller; and

4.    The operation of the interface between the hard disk drive and the host or system controller.

Seagate shall make a company representative available for deposition pursuant to Fed. R. Civ. P. 30(b)(6) no later than April 28, 2006.

DATED:  __March 10, 2006_____    
_____
UNITED STATES DISTRICT COURT JUDGE
Judge Elizabeth D. Laporte

1.

[PROPOSED] ORDER GRANTING ECHOSTAR TECHNOLOGIES CORPORATION'S MOTION TO COMPEL SEAGATE TECHNOLOGY, INC.'S COMPLIANCE WITH SUBPOENA:  CASE NO. MISC 06-80010 MHP (EDL)

TAYLOR & CO.
LAW OFFICES, INC.

# PROOF OF SERVICE

I, GRACE D. FRARY, declare as follows:

1. I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Taylor & Company Law Offices, Inc., One Ferry Building, Suite 355, San Francisco, California 94111.

2. On March 7, 2006, I served a true and correct copy of the following document(s) described as:

(A) [PROPOSED] ORDER GRANTING ECHOSTAR TECHNOLOGIES CORPORATION'S MOTION TO COMPEL SEAGATE TECHNOLOGY, INC.'S COMPLIANCE WITH SUBPOENA

on the following interested parties in this action:

| | |
|---|---|
| Mr. Morgan Chu<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>*Telephone: (310) 277-1010*<br>*Facsimile: (310) 203-7199*<br><br>**Counsel for TiVo Inc.<br>and HUMAX USA, Inc.** | Mr. Samuel F. Baxter<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>*Telephone: (214) 978-4000*<br>*Facsimile: (214) 978-4044*<br><br>**Counsel for TiVo Inc.<br>and HUMAX USA, Inc.** |

Mr. Harold J. McElhinny
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
*Telephone: (415) 268-7000*
*Facsimile: (415) 268-7522*

**Counsel for EchoStar
Technologies Corporation**

**[ X ] [BY U.S. MAIL]** I caused the foregoing document(s) to be enclosed in a sealed envelope, with first class postage fully paid, for delivery on the individuals identified above as indicated herein. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing and know that, in the ordinary course of Taylor & Company Law Offices, Inc.'s business practice, the document(s) described above would be deposited with the United States

2.

Taylor & Co.
Law Offices, Inc.

[PROPOSED] ORDER GRANTING ECHOSTAR TECHNOLOGIES CORPORATION'S MOTION TO COMPEL SEAGATE TECHNOLOGY, INC.'S COMPLIANCE WITH SUBPOENA:   CASE NO. MISC 06-80010 MHP (EDL)

1  Postal Service on that same day at San Francisco, California, in the ordinary course of business.  I am
2  aware that on motion of the party served, service is presumed to be invalid if the postal cancellation
3  date, or postage meter date, is more than one day after the date of deposit for mailing set forth in this
4  declaration.

5  **[   ]  [BY FACSIMILE]**  I caused the foregoing document(s) to be transmitted by facsimile
6  to the offices of the addressees indicated below at the facsimile numbers listed for each addressee
7  served.  Upon completion of said facsimile transmission, the transmitting machine issued a
8  transmission report showing that the transmission was complete and without error.

9  **[   ]  [BY OVERNIGHT DELIVERY]**  I caused delivery of the document(s) listed above to
10 be effected by overnight mail, by placing true and correct copies in separate envelopes for each
11 addressee shown above, with the name and address of the person served shown on the envelope, and
12 by sealing the envelope and placing it for collection.  Delivery fees were paid or provided for in
13 accordance with the ordinary business practices of Taylor & Company Law Offices, Inc.

14 **[   ]  [BY PERSONAL SERVICE]**  I caused the foregoing document(s) to be served by
15 hand on the following individual(s) as indicated on the "Declaration of Personal Service" attached
16 hereto as Exhibit A.  The person who delivered a true and correct copy of such document(s) to the
17 person(s) identified below is identified in Exhibit A attached hereto:

18 I declare under penalty of perjury, under the laws of the United States of America, that the
19 foregoing is true and correct.  Executed this 7th day of March 2006, at San Francisco, California.

21                                     /s/ Grace D. Frary
22                                         Grace D. Frary

TAYLOR & CO.
LAW OFFICES, INC.

3.

[PROPOSED] ORDER GRANTING ECHOSTAR TECHNOLOGIES CORPORATION'S MOTION TO COMPEL
SEAGATE TECHNOLOGY, INC.'S COMPLIANCE WITH SUBPOENA:  CASE NO. MISC 06-80010 MHP (EDL)